

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEDGWICK INSURANCE,

    Plaintiff,

vs.

CDS, INC.,

    Defendant.

_____/

Civil Action No.
13-cv-10485

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

On February 15, 2013, this Court issued an Order directing Plaintiff to show cause why the Complaint should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 3.) Specifically, the Court noted that Plaintiff had not alleged (1) any cause of action arising under a federal statute, treaty, or the United States Constitution, (2) the state of incorporation or the principal place of business for either Plaintiff or Defendant, or (3) an amount in controversy in excess of $75,000. The Court ordered Plaintiff to file an Amended Complaint that properly alleged jurisdiction within 10 days or face dismissal of its claims for lack of subject matter jurisdiction.

More than 30 days have passed since the Court's Order to Show Cause. Plaintiff has failed to file an Amended Complaint or otherwise respond.

Accordingly, pursuant to its February 15, 2013 Order to Show Cause, and Federal Rule of Civil Procedure 12(h)(3), the Court will **DISMISS** the Complaint for lack of subject matter

jurisdiction.

**SO ORDERED.**

Dated: MAR 29 2013
Detroit, Michigan

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE